**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Teddy Wayne SOLOMON,
Defendant–Appellant.**

No. 05–10633
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 14, 2006.

Teddy Wayne Solomon, Beaumont, TX, pro se.

Before SMITH, WIENER, and OWEN, Circuit Judges.

PER CURIAM: *

Teddy Wayne Solomon, federal prisoner # 25882–077, appeals the district court's denial of his supplemental 18 U.S.C. § 3582 motion to modify his term of imprisonment. Solomon's motion challenging the constitutionality of his sentence, which was filed after the conclusion of his direct appeal and 28 U.S.C. § 2255 motion, is an unauthorized motion. *See United States v. Early,* 27 F.3d 140, 142 (5th Cir.1994). Accordingly, Solomon's appeal is DISMISSED for lack of jurisdiction.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.